**ORIGINAL**

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C §§ 1983

3  Name  TURNER, LEONARD D
4       (Last)        (First)        (Initial)
5  Prisoner Number  T-70330
6  Institutional Address  CSP Solano State Prison
7  PO BOX 4000 Vacaville CA 95696

========================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TURNER, LEONARD
(Enter the full name of plaintiff in this action.)

CV 08  2648

vs.                                    Case No. _____
                                       (To be provided by the clerk of court)
Sgt Rodgers C/SGT
Individually and in                    COMPLAINT UNDER THE
his Official Capacity                  CIVIL RIGHTS ACT,
                                       42 U.S.C §§ 1983   MMC

(Enter the full name of the defendant(s) in this action)                    (PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  CSP Solano Prison

   B.  Is there a grievance procedure in this institution?
       YES (✓)   NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?
       YES (✓)   NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                          - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _By pass_

2. First formal level _By pass_

3. Second formal level _By pass_

4. Third formal level _Director of Corrections_
   _P.O Box 942883_
   _Sacramento, CA 94283-0001_

E.  Is the last level to which you appealed the highest level of appeal available to you?
    YES (✓)   NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.
_Turner, Leonard  T-70330_
_CSP Solano State Prison_
_P.O Box 4000 Vacaville Ca 95696_

B.  Write the full name of each defendant, his or her official position, and his or her place of employment.
_Sgt Rodgers   CSP Solano State Prison_
_P.O Box 4000 Vacaville Ca 95696_

COMPLAINT                           - 2 -

1
2
3
4   III.   Statement of Claim
5          State here as briefly as possible the facts of your case. Be sure to describe how each
6   defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any
7   cases or statutes. If you have more than one claim, each claim should be set forth in a separate
8   numbered paragraph.
9   On 1-17-08 I was returning from medical c/o Nixon
10  stop me search me and took me into Program Complex
11  accussing me of being out of bounds, I then showed my
12  medical card To Sgt Rodgers I rscuise 0700 1300, 1700
13  meds Sgt Rodgers then stuff me in security Box 26,
14  7ft For 2Hrs I showed Him my medical c/ronno
15  stating I suffer from photo sensitivity, leg and arm
16  prosthesis and in A.D.A American Disability Act
17  I wear a Mobility Vest He totally disregarded
18  my medical issues And I have copies of all
19  medical Rscurcs, And due to that situation I'm
20  now in constant pain
21
22  IV.   Relief
23         Your complaint cannot go forward unless you request specific relief. State briefly exactly what
24  you want the court to do for you. Make no legal arguments; cite no cases or statutes.
25  I want to be compensated for pain and suffering
26  His wages garnished, leans on all real property
27  life time medical compensentary damages
28  & punitive damages in the amount

COMPLAINT                              - 3 -

1 | I'm also asking for 700,000 for pain & suffering
2 |
3 |
4 | I declare under penalty of perjury that the foregoing is true and correct.
5 |
6 | Signed this 29th day of April, 2008
7 |
8 | _Leonard Turner_
9 | (Plaintiff's signature)

COMPLAINT     - 4 -

(C.C.P. §§446; 2015.5;
28 U.S.C. §1746)

I, **Leonard Turner**, declare under the penalty of perjury that:

I am the **Person T-20330** in the attached matter; I have read the foregoing document(s) and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could do so competently as a sworn witness.

Executed this **29th** day of **April**, **08**, at California State Prison /Solano, Vacaville, California.

(Signature) _Leonard Turner_
Declarant

************************************************************

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _____, declare: That I am a resident of California State Prison / Solano State of California; I am over the age of 18 years; I am/am not a party to the above entitled action; My address is P.O. Box 4000 _____, Vacaville, CA 95696. I served the attached document(s) entitled:

on the persons/parties specified below by placing a true and duplicated copy of said documents into a sealed envelope with appropriate First Class Postage affixed thereto and prepaid, and placing said envelope(s) into the United States Mail in a deposit box provided at the California State Prison / Solano, in Vacaville, California, addressed as follows:

There is First Class mail delivery service by United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this _____ day of _____, _____ at California State Prison / Solano, in Vacaville, California.

(Signature) _____
Declarant

# UNITED STATES CODE SECTIONS
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TITLE 28 UNITED STATES CODE**

**§ 2241. POWER TO GRANT WRIT**

(a) Writs of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions. The order of a circuit judge shall be entered in the records of the district court of the district wherein the restraint complained of is had.

(b) The Supreme Court, any justice thereof, and any circuit judge may decline to entertain an application for a writ of habeas corpus and may transfer the application for hearing and determination to the district court having jurisdiction to entertain it.

(c) The writ of habeas corpus shall not extend to a prisoner unless--

(1) He is in custody under or by color of the authority of the United States or is committed for trial before some court thereof; or

(2) He is in custody for an act done or omitted in pursuance of an Act of Congress, or an order, process, judgment or decree of a court or judge of the United States; or

(3) He is in custody in violation of the Constitution or laws or treaties of the United States; or

(4) He, being a citizen of a foreign state and domiciled therein is in custody for an act done or omitted under any alleged right, title, authority, privilege, protection, or exemption claimed under the commission, order or sanction of any foreign state, or under color thereof, the validity and effect of which depend upon the law of nations; or

(5) It is necessary to bring him into court to testify or for trial.

(d) Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination.

# UNITED STATES CODE SECTIONS
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### § 2242. APPLICATION

Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf.

It shall allege the facts concerning the applicant's commitment or detention, the name of the person who has custody over him and by virtue of what claim or authority, if known.

It may be amended or supplemented as provided in the rules of procedure applicable to civil actions.

If addressed to the Supreme Court, a justice thereof or a circuit judge it shall state the reasons for not making application to the district court of the district in which the applicant is held.

 **ORIGINAL**

# EXHIBIT COVER PAGE:

Exhibit: __A__

Description of this exhibit:

Number of pages of this exhibit:_____pages

JURISDICTION: (Check only one)

____Municipal Court

____Superior Court

____Appellate Court

____State Supreme Court

____United States District Court

____United States Circuit Court

____United States Supreme Court

____California Department of Corrections, 602 Exhibit.

____Other: _____



**Inmate Medical Activity Card**
NAME: TURNER T-70330
is authorized to: DoT meds
0900, 1300, 1900
ISSUE DATE: 1/2/08    EXP DATE: 7/7/08
Medical Staff: OK W/D / Rn Kaplan
**PRIMARY CLINIC**

**ORIGINAL**

Melina J Burns
P.O Box 1587
Oakland Ca 94604

Michael J Burns
Seyfarth Shaw LLP
560 Mission st #310
San Francisco 94105

#2

① John Burriss #1120
7677 Oakport St
94621

② Maureen Ellen Burns
Abramson & Burns
2020 Hurley Way #34
Sacramento 90825

John Stephen Burns
Law offe
The McClatthy Co 2100 Q st
P.O Box 15779
Sacramento Ca
95814

ORIGINAL

# EXHIBIT COVER PAGE:

Exhibit: __B__

Description of this exhibit:

Number of pages of this exhibit: _____ pages

JURISDICTION: (Check only one)

____ Municipal Court

____ Superior Court

____ Appellate Court

____ State Supreme Court

____ United States District Court

____ United States Circuit Court

____ United States Supreme Court

____ California Department of Corrections, 602 Exhibit.

____ Other: _____

**ORIGINAL**
DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | |
|---|---|---|---|
| (None) | | (Bottom Bunk) | (P)/T |
| Barrier Free/Wheelchair Access | P/T | Single Cell (See 128-C date: _____ ) | P/T |
| Ground Floor Cell | P/T | Permanent OHU / CTC (circle one) | P/T |
| Continuous Powered Generator | P/T | Other _____ | P/T |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| (None) | | Wheelchair: (type) _____ | P/T |
| Limb Prosthesis | P/T | Contact Lens(es) & Supplies | P/T |
| Brace | P/T | Hearing Aid | P/T |
| Crutches | P/T | Special Garment: (specify) _____ | P/T |
| Cane: (type) _____ | P/T | | |
| Walker | P/T | Rx. Glasses: _____ | P/T |
| Dressing/Catheter/Colostomy Supplies | P/T | Cotton Bedding | P/T |
| Shoe: (specify) _____ | P/T | Extra Mattress | P/T |
| Dialysis Peritoneal | P/T | Other _____ | P/T |

### C. OTHER

| | | | |
|---|---|---|---|
| (None) | | Therapeutic Diet: (specify) | P/T |
| Attendant to assist with meal access and other movement inside the institution. | P/T | Communication Assistance | P/T |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T |
| | | Short Beard | P/T |
| Wheelchair Accessible Table | P/T | Other _____ | P/T |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☑ Yes  ☐ No
If yes, specify: No standing more than 5 minutes continuously @ work (Perm)

| INSTITUTION SQ | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| SIGNATURE | DATE 12/29/06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE | |
| (CIRCLE ONE) (APPROVED) / DENIED | | T 70330 TURNER |

**COMPREHENSIVE ACCOMMODATION CHRONO**

Distribution:



# EXHIBIT COVER PAGE:

Exhibit: __C__

Description of this exhibit:

Number of pages of this exhibit: _____ pages

JURISDICTION: (Check only one)

____ Municipal Court

____ Superior Court

____ Appellate Court

____ State Supreme Court

____ United States District Court

____ United States Circuit Court

____ United States Supreme Court

____ California Department of Corrections, 602 Exhibit.

____ Other: _____

STATE OF CALIFORNIA
DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)
CDC 1845 (Rev. 01/04)

 **ORIGINAL**

DEPARTMENT OF CORRECTIONS
CHECK ALL APPLICABLE BOXES

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| TURNER | T70330 | FSP | BJDAT1 03U | 5/31/07 |

*Sections A - B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [ ] Inmate self-identifies to staff
- [x] Third party evaluation request
- [ ] Observation by staff
- [ ] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Speech Impaired
- [ ] Deaf/Hearing Impaired
- [x] Mobility Impaired

*Sections C - G to be completed by a physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT

1. [ ] **FULL TIME WHEELCHAIR USER - DPW**
   Requires wheelchair accessible housing and path of travel.

2. [ ] **INTERMITTENT WHEELCHAIR USER - DPO**
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.

3. [ ] **MOBILITY IMPAIRMENT** - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.

4. [ ] **DEAF/HEARING IMPAIRMENT - DPH**
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.

5. [ ] **BLIND/VISION IMPAIRMENT - DPV**
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).

6. [ ] **SPEECH IMPAIRMENT - DPS**
   Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT

1. NO CORRESPONDING CATEGORY

2. NO CORRESPONDING CATEGORY

3. [x] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**
   Walks 100 yards without pause with or without assistive devices.
   - [ ] No Housing Restrictions  [x] See HOUSING RESTRICTIONS in Section E
   Requires relatively level terrain and no obstructions in path of travel.
   **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SAC, SCC I or II, SOL, or SQ. (CDC 128-C: _____)

4. [ ] **HEARING IMPAIRMENT - DNH**
   With residual hearing at a functional level with hearing aid(s).

5. NO CORRESPONDING CATEGORY

6. [ ] **SPEECH IMPAIRMENT - DNS**
   Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
- [ ] Requires relatively level terrain and no obstructions in path of travel
- [ ] Complex medical needs affecting placement    [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [ ] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
- [ ] Other: _____    [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
- [ ] Toileting  [ ] Other: _____  [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE   CODE _____ DATED _____ CODE _____ DATED _____
   7410

**HOUSING RESTRICTIONS:** [x] Lower bunk  [ ] No stairs  [x] No triple bunk.  CDC 128-C(s) dated: 5/31/07

### SECTION F: EXCLUSIONS

- [ ] **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
- [ ] **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
- [ ] **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS

- [ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier
- [ ] Reads lips  [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

[handwritten, illegible]

| PHYSICIAN'S NAME (Print): S. Reddy | PHYSICIAN'S SIGNATURE | DATE SIGNED: 5/31/07 |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print): [illegible] | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED: 6-4-07 |



LEONARD Turner T-70830
CSP Solano state Prison
PO Box 4000

United States District
Northern District of C
1301 Clay st

CSP SOLANO
STATE PRISON

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.590
02 1A
0004631081
MAILED FROM ZIPCODE 95687

USA FIRST CLASS FOREVER