☜ **ORIGINAL**

FILED
08 MAY 27 PM 2:38

LEONARD TURNER            )    CV 08        2648
                          )
        Plaintiff,        )    CASE NO.
                          )
v.    Rodgers c/SGT       )    PRISONER'S
  Individually, and in    )    IN FORMA PAUPERIS
  his official Capacity   )    APPLICATION
        Defendant.        )

MMC

(PR)

I, _Leonard Turner_, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?    Yes _____    No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____NO_____    Net: _____NO_____

Employer: _____NONE_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____N/A_____

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes \_\_\_\_\_ No ✓

    b. Income from stocks, bonds, or royalties?     Yes \_\_\_\_\_ No ✓

    c. Rent payments?     Yes \_\_\_\_\_ No ✓

    d. Pensions, annuities, or life insurance payments?     Yes \_\_\_\_\_ No ✓

    e. Federal or State welfare payments, Social Security or other government source?     Yes \_\_\_\_\_ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

    N/A

3. Are you married? Yes \_\_\_\_\_ No ✓

Spouse's Full Name: NO

Spouse's Place of Employment: NO

Spouse's Monthly Salary, Wages or Income:

Gross $ NONE    Net $ NONE

4. a. List amount you contribute to your spouse's support:

$ NONE

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

    NONE

5. Do you own or are you buying a home? Yes \_\_\_\_\_ No ✓

Estimated Market Value: $ NO    Amount of Mortgage: $ \_\_\_\_\_

6. Do you own an automobile? Yes \_\_\_\_\_ No ✓

Make N/A    Year \_\_\_\_\_    Model \_\_\_\_\_

Is it financed? Yes \_\_\_\_\_ No ✓ If so, Total due: $ NO

Monthly Payment: $ NONE

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No __✓__

Name(s) and address(es) of bank: _____ N/A _____

Present balance(s): $ _____ NONE _____

Do you own any cash? Yes _____ No __✓__ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _____ No __✓__

8. What are your monthly expenses?

Rent: $ ____NONE____ Utilities: ____NONE____
Food: $ ____NONE____ Clothing: ____NONE____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____ Restitution _____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-29-08　　　　　　　　　Leonard Turner
DATE　　　　　　　　　　SIGNATURE OF APPLICANT

3

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Turner, Leonard_ for the last six months at
[prisoner name]
_CSP- Solano_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_0.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_0.00_

Dated: _5/8/08_                 _Barbara Patton_
                                Authorized officer of the institution

4

```
REPORT ID: TS3030  .701                                              REPORT DATE: 05/08/08
                                                                     PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA STATE PRISON SOLANO
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU MAY 08, 2008

ACCOUNT NUMBER : T70330                           BED/CELL NUMBER: S2HD000000164L
ACCOUNT NAME   : TURNER, LEONARD                  ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE      DESCRIPTION           COMMENT          HOLD AMOUNT
------      ----      -----------           -------          -----------
05/05/2008  H118   LEGAL COPIES HOLD      4041-L/CPY            3.30
05/05/2008  H118   LEGAL COPIES HOLD      4041-L/CPY            2.40

                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL        TOTAL        CURRENT      HOLDS      TRANSACTIONS
BALANCE      DEPOSITS     WITHDRAWALS  BALANCE      BALANCE    TO BE POSTED
---------    --------     -----------  --------     -------    ------------
  0.00         0.00          0.00        0.00        5.70          0.00

                                                    CURRENT
                                                    AVAILABLE
                                                    BALANCE
                                                    ---------
                                                      5.70-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Barbara Patton
   TRUST OFFICE

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date: May 7, 20 08

To: Warden          Approved: LeBeau

I hereby request that my Trust Account be charged $ 3.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

NUMBER: T-70330

NAME (Signature please, DO NOT PRINT): Leonard Turner

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE: Account Statement

NAME: CSP Solano

ADDRESS:

PRINT YOUR FULL NAME HERE: LEONARD TURNER

[Stamp: N.S.F.]